# First District.

Nilson Brothers, complainant, v. Nathan Grossman et al., appellees, on appeal of Nilson Brothers and G. L. Clausen, trading as Clausen and Company, appellants. Gen. No. 37,818.

Heard in the first division of this court for the first district at the October term, 1934. Opinion filed April 15, 1935. Rehearing denied April 29, 1935.

John E. Owens and Edwin J. Nunn, for appellants; Clyde C. Fisher, of counsel. Sherman M. Booth, for certain appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

George Scott and Katie McTeer Scott, appellants, v. Anna L. Dunlap et al., appellees. Gen. No. 37,904.

Heard in the first division of this court for the first district at the December term, 1934. Opinion filed April 15, 1935.

Heber T. Dotson, for appellants. Irvin C. Mollison, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Roslyn Gibson, appellee, v. Robert Earl Gibson, appellant. Gen. No. 37,926.

Heard in the first division of this court for the first district at the December term, 1934. Opinion filed April 15, 1935. Rehearing denied April 29, 1935.

Ednyfed H. Williams, for appellant; Harry L. Brin, of counsel. Martin J. McNally, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.